133 A.3d 2

Michael MADDOX, Petitioner

v.

John E. WETZEL, Secretary of Department of Corrections and Christopher M. Thomas, Director CMR–Philadelphia Prison System, et al., respondents

No. 1 EM 2016.

Supreme Court of Pennsylvania.

Feb. 24, 2016.

## ORDER

PER CURIAM.

AND NOW, this 24th day of February, 2016, as it appears that Petitioner's request for a sentence credit was addressed

via a January 8, 2016 determination, the Motion to Dismiss is **GRANTED.** The Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED AS MOOT.**

Justice EAKIN did not participate in the consideration or decision of this matter.